43359. PEELER v. MAYOR & ALDERMEN OF THE CITY OF MILLEDGEVILLE.
(347 SE2d 227)

WELTNER, Justice.

Peeler brought suit to enjoin the enforcement of a zoning ordinance, contending that it was void because of irregularities in the official authentication and filing of a zoning map.

The facts of this case bring it within the holding of *Gray v. Stephens,* 224 Ga. 736 (164 SE2d 557) (1968). The trial court was correct in denying relief.

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 25, 1986 —
RECONSIDERATION DENIED JULY 15, 1986.

*Groover & Childs, Denmark Groover, Jr., W. Thomas Griffith,* for appellant.
*Charles A. Mathis, Jr., D. James Jordan,* for appellee.